**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 9, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00744-CV

———————

### ERIC POWELL AND EMMA POWELL, Appellants

### V.

### FEDERAL EXPRESS CORPORATION AND
### JASON ANTONIO HAYES, Appellees

**On Appeal from the 164th District Court
Harris County, Texas
Trial Court Cause No. 2009-58469**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 9, 2011. On January 31, 2012, appellants filed a motion to dismiss the appeal because the case has been settled. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Brown, and Christopher.